UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Darryl Walker,

                Plaintiff,                7:25-cv-2450 (LAK)

v.

Police Officer Bryan Jimenezvilla,
et al.,

                Defendants.

------------------------------x

                  **ORDER**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/19/25*

LEWIS A. KAPLAN, *District Judge.*

        The parties having reported to the Court during today's initial pretrial conference that the they have settled the case, and counsel having expressed no objection to the Court's expressed intention to consequently close the case, therefore:

        Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, December 19, 2025, if the settlement is not executed by then.

        SO ORDERED.

DATED: November 19, 2025

                                              Lewis A. Kaplan
                                         United States District Judge